NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
ANDREW J. GLENDON, ESQ.
Nevada Bar No. 7371
aglendon@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:   702/948-8773

*Attorneys for Defendant F.P. Holdings, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MORTON, an individual; THE CANAL GROUP, INC. an Illinois corporation,<br><br>Plaintiff,<br>v.<br><br>N-M VENTURES, LLC, a Nevada limited liability company; N-M VENTURES II, LLC, a Nevada limited liability company; F.P. HOLDINGS, L.P., a Nevada limited partnership,<br><br>Defendants. | Case No.: 2:13-cv-00702-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

WHEREAS on April 24, 2013, Plaintiffs commenced this action by filing a Complaint in this court (*docket no. 1*);

WHEREAS on April 29, 2013, Plaintiffs filed an Amended Complaint (*docket no. 6*);

WHEREAS on May 3, 2013, Plaintiffs served F.P. Holdings, L.P., N-M Ventures, LLC and N-M Ventures II, LLC;

WHEREAS, Plaintiffs voluntarily dismissed Defendants Nine Group, LLC and Nine Group II, LLC without prejudice on June 13, 2013 (*docket no.20*);

WHEREAS, the parties previously stipulated to extend the time for F.P. Holdings, L.P., N-M Ventures, LLC and N-M Ventures II, LLC to respond to the Amended Complaint until November 13, 2013 (*docket no. 31*);

WHEREAS, the Court previously tentatively granted Intervenor the Estate of Scott

1  DeGraff leave to file an amended complaint-in-intervention on behalf of the Estate of Scott
2  DeGraff (*docket no. 21*);
3  WHEREAS, N-M Ventures, LLC and N-M Ventures II, LLC have not appeared in the
4  case;
5  WHEREAS, all parties who have appeared in this case are included within this
6  dispositive Stipulation and [Proposed] Order as required by LR 6-2 and 7-1;
7  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE
8  PARTIES HERETO AND THEIR COUNSEL OF RECORD that (a) the action is hereby
9  dismissed in its entirety with prejudice; and (b) each party shall bear its own attorney fees and
10 costs.

GREENBERG TRAURIG, LLC

*/s/ Brandon E. Roos/*

Brandon E. Roos, Esq.
Tyler Andrews, Esq.
Mark E. Ferrario, Esq.
3773 H. Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

SANTORO WHITMIRE

_____

Nicholas J. Santoro, Esq.
Andrew J. Glendon, Esq.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
*Attorneys for Defendant F.P. Holdings, L.P.*

VARRICCHIO LAW FIRM

_____

Philip T. Varricchio, Esq.
3000 W. Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
*Attorneys for Proposed Intervenor, Estate of Scott DeGraff*

* * * * *

IT IS SO ORDERED:

*/s/ Gloria M. Navarro/*

The Honorable Gloria M. Navarro
United States District Judge

Dated: October 31, 2013

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 - fax (702) 948-8773

1  DeGraff leave to file an amended complaint-in-intervention on behalf of the Estate of Scott
2  DeGraff (*docket no. 21*);

3  WHEREAS, N-M Ventures, LLC and N-M Ventures II, LLC have not appeared in the
4  case;

5  WHEREAS, all parties who have appeared in this case are included within this
6  dispositive Stipulation and [Proposed] Order as required by LR 6-2 and 7-1;

7  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE
8  PARTIES HERETO AND THEIR COUNSEL OF RECORD that (a) the action is hereby
9  dismissed in its entirety with prejudice; and (b) each party shall bear its own attorney fees and
10 costs.

11 GREENBERG TRAURIG, LLC

12 _____
   Brandon E. Roos, Esq.
13 Tyler Andrews, Esq.
   Mark E. Ferrario, Esq.
14 3773 H. Hughes Parkway, Suite 400 N
   Las Vegas, NV 89169
15 *Attorneys for Plaintiffs*

   SANTORO WHITMIRE

   _____
   Nicholas J. Santoro, Esq.
   Andrew J. Glendon, Esq.
   10100 W. Charleston Blvd., Suite 250
   Las Vegas, NV 89135
   *Attorneys for Defendant F.P. Holdings, L.P.*

16
17 VARRICCHIO LAW FIRM

18 _____
   Philip T. Varricchio, Esq.
19 3000 W. Charleston Blvd., Suite 3
   Las Vegas, Nevada 89102
20 *Attorneys for Proposed Intervenor, Estate of Scott DeGraff*

21
22                                          * * * * *
23
24 IT IS SO ORDERED:

25 _____
   The Honorable Gloria M. Navarro
26 United States District Judge

27 Dated: October 31, 2013

28

- 2 -