NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
nsantoro@santoronevada.com
ANDREW J. GLENDON, ESQ.
Nevada Bar No. 7371
aglendon@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

*Attorneys for Defendant F.P. Holdings, L.P.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MORTON, an individual; THE CANAL GROUP, INC. an Illinois corporation,<br><br>Plaintiff,<br>v.<br><br>N-M VENTURES, LLC, a Nevada limited liability company; N-M VENTURES II, LLC, a Nevada limited liability company; F.P. HOLDINGS, L.P., a Nevada limited partnership,<br><br>Defendants. | Case No.: 2:13-cv-00702-GMN-GWF<br><br>**STIPULATION AND<br>ORDER TO DISMISS ACTION WITH PREJUDICE** |

WHEREAS on April 24, 2013, Plaintiffs commenced this action by filing a Complaint in this court (*docket no. 1*);

WHEREAS on April 29, 2013, Plaintiffs filed an Amended Complaint (*docket no. 6*);

WHEREAS on May 3, 2013, Plaintiffs served F.P. Holdings, L.P., N-M Ventures, LLC and N-M Ventures II, LLC;

WHEREAS, Plaintiffs voluntarily dismissed Defendants Nine Group, LLC and Nine Group II, LLC without prejudice on June 13, 2013 (*docket no.20*);

WHEREAS, the parties previously stipulated to extend the time for F.P. Holdings, L.P., N-M Ventures, LLC and N-M Ventures II, LLC to respond to the Amended Complaint until November 13, 2013 (*docket no. 31*);

WHEREAS, the Court previously tentatively granted Intervenor the Estate of Scott

DeGraff leave to file an amended complaint-in-intervention on behalf of the Estate of Scott DeGraff (*docket no. 21*);

WHEREAS, N-M Ventures, LLC and N-M Ventures II, LLC have not appeared in the case;

WHEREAS, all parties who have appeared in this case are included within this dispositive Stipulation and [Proposed] Order as required by LR 6-2 and 7-1;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD that (a) the action is hereby dismissed in its entirety with prejudice; and (b) each party shall bear its own attorney fees and costs.

GREENBERG TRAURIG, LLC

Brandon E. Roos, Esq.
Tyler Andrews, Esq.
Mark E. Ferrario, Esq.
3773 H. Hughes Parkway, Suite 400 N
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

VARRICCHIO LAW FIRM

Philip T. Varricchio, Esq.
3000 W. Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
*Attorneys for Proposed Intervenor, Estate of Scott DeGraff*

SANTORO WHITMIRE

Nicholas J. Santoro, Esq.
Andrew J. Glendon, Esq.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
*Attorneys for Defendant F.P. Holdings, L.P.*

\* \* \* \* \*

IT IS SO ORDERED:

The Honorable Gloria M. Navarro
United States District Judge

Dated: October 31, 2013

- 2 -

1  DeGraff leave to file an amended complaint-in-intervention on behalf of the Estate of Scott
2  DeGraff (*docket no. 21*);
3        WHEREAS, N-M Ventures, LLC and N-M Ventures II, LLC have not appeared in the
4  case;
5        WHEREAS, all parties who have appeared in this case are included within this
6  dispositive Stipulation and [Proposed] Order as required by LR 6-2 and 7-1;
7        NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE
8  PARTIES HERETO AND THEIR COUNSEL OF RECORD that (a) the action is hereby
9  dismissed in its entirety with prejudice; and (b) each party shall bear its own attorney fees and
10 costs.

| GREENBERG TRAURIG, LLC | SANTORO WHITMIRE |
|---|---|
| _____ | _/s/ Nicholas Santoro_____ |
| Brandon E. Roos, Esq. | Nicholas J. Santoro, Esq. |
| Tyler Andrews, Esq. | Andrew J. Glendon, Esq. |
| Mark E. Ferrario, Esq. | 10100 W. Charleston Blvd., Suite 250 |
| 3773 H. Hughes Parkway, Suite 400 N | Las Vegas, NV 89135 |
| Las Vegas, NV 89169 | *Attorneys for Defendant F.P. Holdings, L.P.* |
| *Attorneys for Plaintiffs* | |

VARRICCHIO LAW FIRM

_/s/ Philip Varricchio_____
Philip T. Varricchio, Esq.
3000 W. Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
*Attorneys for Proposed Intervenor, Estate of Scott DeGraff*

* * * * *

IT IS SO ORDERED:

_____
The Honorable Gloria M. Navarro
United States District Judge

Dated: October 31, 2013

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 - fax (702) 948-8773

- 2 -